IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JASON DONNELL, #22021402 | § | |
| VS. | § | CIVIL ACTION NO. 6:17cv229 |
| JOSH RICKMAN, ET AL. | § | |

<u>ORDER OF ADMINISTRATIVE CLOSING</u>

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love.   The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court.   It is therefore

**ORDERED** that the civil rights lawsuit is **ADMINISTRATIVELY CLOSED**.   Plaintiff may ask the court to place the case back on the active docket if and when the criminal charges are resolved in his favor.   If Plaintiff is convicted or the criminal charges are finally resolved against him, then the case will be dismissed.   The case will also be dismissed if the court does not hear from Plaintiff within two years from the entry of this order.

**So Ordered and Signed**

**Jul 6, 2017**

_____
Ron Clark, United States District Judge